UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/09
```

MICHAEL BAGUER,

                Plaintiff,

-v-

SPANISH BROADCASTING SYSTEMS, INC.,

                Defendant.

No. 04 Civ. 8393 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In accordance with the schedule adopted in the conference before the Court on February 20, 2009,

IT IS HEREBY ORDERED that, no later than May 8, 2009, the parties shall submit a joint letter advising the Court of the status of settlement negotiations and describing any contemplated motions, including the bases for said motions and the pertinent authority therefor.

SO ORDERED.

DATED:    February 20, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE