UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BAGUER,

                     Plaintiff,

-v-

SPANISH BROADCASTING SYSTEMS, INC.,

                     Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

No. 04 Civ. 8393 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties are directed to appear for a status conference on August 25, 2008 at 2:30 p.m.

SO ORDERED.

DATED:    August 17, 2009
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE